UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINIC JOHNSON, ZION CLARKE, BERNARD
CLAIBORNE AND ALAN HOLMES,

Plaintiffs,

-against-

THE CITY OF NEW YORK, DENNIS MAROLDO,
CARY OLIVA, JOSE TAVAREZ, PABLO TAVERAS
AND "JOHN DOE" 1-50, IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES.,

Defendants.

25 CIVIL 0092 (PKC)

**JUDGMENT**

---

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 22, 2026, the Defendants' motion to dismiss is GRANTED as to Count One, Count Two and Count Three of the Complaint. The Court declines to exercise supplemental jurisdiction over the remaining state law claims; accordingly, the case is closed.

**Dated:**    New York, New York
May 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**